IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **Seymour Fein** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 8:15-cv-03709-PX |
| | * | |
| **ChiRhoClin, Inc.** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**INDEX OF EXHIBITS TO DEFENDANT'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF SEYMOUR FEIN'S
MOTION FOR SUMMARY JUDGMENT**

*UNSEALED EXHIBITS*

Exhibit G:   Dr. Seymour Fein Curriculum Vitae

Exhibit H:   Spreadsheet indicating payments made to Dr. Seymour Fein and Edward D. Purich

Exhibit I:   Spreadsheet indicating loans by and payments to Dr. Seymour Fein

Exhibit J:   January 14, 2013 email from Seymour Fein to Edward Purich and Jean Purich regarding royalty payment

Exhibit K:   January 22, 2013 email from Seymour Fein to Edward Purich (copy to Jean Purich and Skip Purich) regarding feedback from experts on payments from CRC

Exhibit L:   UCC Financing Statement filed by Seymour Fein

Exhibit M:   August 12, 2016 letter from Gretchen L. Jankowski to Rebecca S. LeGrand regarding improperly filed financing statements by Dr. Fein

Exhibit N:   June 23, 2016 letter from Edward D. Purich to Seymour Fein terminating letter agreement of May 4, 2005 between Dr. Fein and ChiRhoClin

Exhibit O:   Report and Opinion of David Lin, Ph.D.

Exhibit P:   Report and Opinion of Robert J. Wolters, Ph.D.

Exhibit Q:   April 4-6, 2011 email chain between Seymour Fein and Jean Purich regarding Fein's request for a letter confirming he receives royalty payments of 15% of gross sales of ChiRhoClin

Exhibit R:   Report and Opinion of Theresa M. Stevens, Esquire

*SEALED EXHIBITS (FILED SEPARATELY UNDER SEAL)*

Sealed Ex. 27:   ChiRhoClin,'s Profit and Loss Statements for 2005 thru 2015

Sealed Ex. 28:   June 26, 2016 email from Seymour Fein to Edward Purich and Jean Purich regarding royalty payment due in mid-July

Sealed Exhibit 101: Jean C. Purich Deposition Transcript of July 1, 2016

Sealed Exhibit 102: Edward Purich, Ph.D. Deposition Transcript Volume I of July 1, 2016 and Volume II of July 19, 2016

Sealed Exhibit 103:  Edward "Skip" Purich, Jr. Deposition Transcript of July 12, 2016

Sealed Exhibit 104:  Seymour Fein Deposition Transcript of July 13, 2016

*/s/ Gretchen L. Jankowski*
Gretchen L. Jankowski (Md. Fed. Id. No. 19473)
BUCHANAN INGERSOLL & ROONEY PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Telephone:  (412) 562-1417
Facsimile:   (412) 562-1041
Email:   *gretchen.jankowski@bipc.com*

*-and-*

        Peter J. Duhig (Md. Fed. Id. No. 26899)
        Geoffrey G. Grivner (admitted *pro hac vice*)
        BUCHANAN INGERSOLL & ROONEY PC
        919 North Market Street, Suite 1500
        Wilmington, Delaware 19801
        Telephone:  (302) 552-4249
        Facsimile:   (302) 552-4295
        Email:  peter.duhig@bipc.com
               geoffrey.grivner@bipc.com

        *Attorneys for Defendant,*
        *ChiRhoClin, Inc.*

Dated:  August 22, 2016