IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| SEYMOUR FEIN | * | |
| Plaintiff, | * | |
| v. | * | Case No. 15-cv-03709-PX |
| CHIRHOCLIN, INC. | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

## STIPULATION OF AND [PROPOSED] ORDER OF DISMISSAL

**WHEREAS,** Plaintiff Seymour Fein ("Fein") filed the above-captioned action against Defendant ChiRhoClin, Inc. ("ChiRhoClin") on December 13, 2015;

**WHEREAS,** ChiRhoClin filed a counterclaim against Fein on January 26, 2016; and

**WHEREAS,** pursuant to a Settlement Agreement and Mutual General Release and a Payment Agreement (collectively, the "Settlement Documents"), the parties have resolved all claims asserted between them and no longer intend to pursue this action.

**WHEREAS**, a true and correct copy of the Settlement Documents is attached hereto as Sealed Exhibit A.

**NOW THEREFORE,** the undersigned parties hereby agree and stipulate, subject to the approval of the Court, to the dismissal of the above-captioned action WITH PREJUDICE. Each party shall bear their own fees and expenses; and

The undersigned parties hereby further agree and stipulate, subject to the approval of the Court, consistent with applicable authority, namely, *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), that this Court shall retain continuing jurisdiction to

resolve any controversy or claim arising out of or relating to the terms and conditions of the Settlement Documents, any party's performance or failure to perform thereunder, or any other claim or dispute arising out of or resulting from the Settlement Documents or relating to the propriety of the conduct of the parties with respect to the Settlement Documents.

| | |
|---|---|
| /s/ Gretchen L. Jankowski | /s/ Rebecca S. LeGrand |
| Gretchen L. Jankowski | Rebecca S. LeGrand |
| BUCHANAN INGERSOLL & ROONEY PC | LEGRAND LAW PLLC |
| 301 Grant Street, 20th Floor | 1775 Eye Street, NW, Suite 1150 |
| Pittsburgh, PA 15219 | Washington, DC 20006 |
| Telephone:  (412) 562-1417 | (202) 587-5725 |
| Facsimile:   (412) 562-1041 | rebecca@legrandpllc.com |
| Email:  gretchen.jankowski@bipc.com | |
| | *Attorney for Plaintiff Seymour Fein* |

-and-

Geoffrey G. Grivner (admitted *pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email:  geoffrey.grivner@bipc.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2017.

_____
Judge Paula Xinis