# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SEYMOUR FEIN | * |
| Plaintiff, | * |
| v. | * CASE NO. 15-cv-03709-PX |
| CHIRHOCLIN, INC. | * |
| Defendant. | * |

## ORDER GRANTING MOTION TO SEAL

Upon consideration of the Parties' Joint Motion for an Order to Seal, it is hereby,

ORDERED that the proposed sealed exhibit to the Stipulation of Dismissal shall be filed under seal by the Clerk of the Court.

SO ORDERED this 5th day of July, 2017.

_____
The Honorable Paula Xinis
United States District Judge